**STATE v. FISHER**

[359 N.C. 408 (2005)]

STATE OF NORTH CAROLINA v. MARTINEZ TERRELL FISHER AND
SURETY ROBERT L. McQUEEN

No. 559A04

(Filed 7 April 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 166 N.C. App. ——, 601 S.E.2d 887 (2004), affirming an order entered 10 March 2003 by Judge E. Lynn Johnson in Superior Court, Cumberland County. Heard in the Supreme Court 16 March 2005.

*David Phillips for appellee Cumberland County Board of Education.*

*Parish & Cooke, by James R. Parish, for the surety-appellant.*

PER CURIAM.

AFFIRMED.